IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

KELBE LYNN McGILL,   Civil File No. 2:12-cv-02156-JAR-KGG

    Plaintiff,

vs.

DYNAMIC RECOVERY SOLUTIONS, LLC,

    Defendant.

## NOTICE OF SETTLEMENT

COMES NOW Plaintiff by and through her attorney J. Mark Meinhardt and for her Notice of Settlement, hereby states as follows:

1. The Plaintiff and the Defendant have reached a settlement.

2. The Parties will file a Stipulation of Dismissal with Prejudice with each party to pay their or its own attorney's fees and costs once the settlement documents have been executed by the parties and delivered to all counsel and the Plaintiff has received the settlement funds. The parties expect this to happen within the next sixty (60) days.

Respectfully submitted,

Dated: May 9, 2012

By: s/ J. Mark Meinhardt
J. Mark Meinhardt KS # 20245
9400 Reeds Road, Suite 210
Overland Park, KS 66207
Office:    (913) 451-9797
Fax:    (913) 451-6163
Email:    mark@meinhardtlaw.com
**ATTORNEY FOR PLAINTIFF**